The Atchison, Topeka & Santa Fe Railway Company v. W. B. Collins.

No. 13,102.   (72 Pac. 1097.)

Error from Marion district court; O. L. Moore, judge. Opinion filed May 9, 1903.   Affirmed.

*A. A. Hurd,* and *O. J. Wood,* for plaintiff in error.
*W. H. Carpenter,* for defendant in error.

*Per Curiam:* The brief of counsel for plaintiff in error is devoted chiefly to a discussion of the facts. We have reviewed the testimony and find it ample to sustain the judgment. If the exclusion of the rules of the company was error, we cannot review the action of the trial court for the reason that the excluded rules are not incorporated in the record.

The judgment will be affirmed.